IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE J. WATSON,
    Petitioner,

vs.                                                    Case No. 4:08cv428/SPM/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**ORDER**

        This matter is before the court on Respondent's Second Motion for More Definite Statement, in which Respondent seeks an order directing Petitioner to file a second amended habeas petition (Doc. 32). In support, Respondent notes that this court has on two previous occasions directed Petitioner to file an amended habeas petition, in which Petitioner's claims for relief are clearly enumerated, and the claims set forth in the petition match the claims set forth in the supporting memorandum (*id.* at 1; *see also* Docs. 20, 23). Respondent contends that Petitioner's Second Amended Habeas Petition (Doc. 24) fails to comply with this court's orders because Petitioner has listed four grounds for relief (Grounds One through Four) "in the form petition" and thirty-three grounds for relief (labeled Claims One through Thirty-Three) in the supporting memorandum, and Grounds One through Four do not correspond with Claims One through Four (Doc. 32 at 1–2). Thus, Respondent asserts, Petitioner's use of "such an ambiguous numbering system [] make[s] it impossible to respond" (*id.* at 32).

        Although Petitioner labeled his grounds for relief in the manner described by Respondent, the Second Amended Habeas Petition otherwise complies with this court's previous orders directing Petitioner to file an amended habeas petition. Moreover, the undersigned does not agree with Respondent's contention that it is impossible to respond to the petition as written. A simple footnote could be utilized to explain that Petitioner has raised thirty-seven claims for relief, labeled as

Grounds One through Four and Claims One through Thirty-Three, and that Petitioner claims will be addressed using Petitioner's labeling system.  Therefore, having failed to show good cause for the requested relief, Respondent's motion shall be denied.

Accordingly, it is **ORDERED**:

1. Respondent's Second Motion for More Definite Statement (Doc. 32) is **DENIED**.

**DONE AND ORDERED** this 7th day of October 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**