IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE J. WATSON,

    Petitioner,

vs.                                CASE NO.: 4:08-CV-428-SPM/EMT

EDWIN G. BUSS,

    Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 57). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner filed objections (doc. 62).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Petitioner essentially objects to every finding in the Report and Recommendation. Because this Court fully agrees with the Magistrate Judge's determination, there is no need to address each of Petitioner's objections individually as each point is sufficiently addressed in the Report and Recommendation.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 57) is **adopted** and incorporated by reference into this order.

2. The Petition for a writ of habeas corpus (doc. 24) is **denied**.

3. A certificate of appealability is **denied**.

DONE AND ORDERED this 13th day of September, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge